| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Eagan, Claire V. | 2. Court or Organization<br><br>USDC/N. Dist. of Oklahoma | 3. Date of Report<br><br>3/16/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>333 W. 4th Street, Room 411<br>Tulsa, Oklahoma 74103 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 [See #2 in Part VII and Note #1 in Part VIII] |
| 2. | Trustee | Trust #2 [See #3 in Part VII and Note #2 in Part VIII] |
| 3. | Director | Oklahoma Medical Research Foundation (non-profit medical research organization) |
| 4. | Trustee | Saint Francis of Assisi Tuition Assistance Trust (non-profit educational assistance organization) |
| 5. | Trustee | Saint Clare of Assisi Disadvantaged Schools Trust (non-profit educational assistance organization) |
| 6. | Member | University of Tulsa College of Law Dean's Advisory Board (private educational institution) |
| 7. | Member | Junior League of Tulsa, Inc. Community Advisory Board (non-profit volunteer organization) |
| 8. | Trustee | Trust #3 [See Note #3 in Part VIII] |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 3/16/2017 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 3/16/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 3/16/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 3/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Property #1 - Tulsa, OK | | None | L | W | | | | | |
| 2.  Trust #1 (See Note #1 in Part VIII) | | None | J | T | | | | | |
| 3.  Trust #2 (See Note #2 in Part VIII) | | | | | | | | | |
| 4.  Schwab #1 - IRA | | | | | | | | | |
| 5.  - Schwab Money Market Fund | | None | K | T | | | | | |
| 6.  - Russell Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 7.  - Russell Global Equity Fund | D | Dividend | L | T | | | | | |
| 8.  - Baron Partners Fund (Zero ending balance) | | None | | | Sold | 01/12/16 | L | E | |
| 9.  - Royce Premier Fund (Zero ending balance) | | None | | | Sold | 01/12/16 | L | | |
| 10.  - Jensen Quality Growth | C | Dividend | L | T | | | | | |
| 11.  - Loomis Sayles Global Markets | B | Dividend | M | T | | | | | |
| 12.  -Royce Global Value Fd Invst (Zero ending balance) | | None | | | Sold | 01/12/16 | K | | |
| 13.  - Nuance Concentrated Value | A | Dividend | L | T | | | | | |
| 14.  - Artisan Int'l Small Cap | C | Dividend | K | T | | | | | |
| 15.  - Dodge & Cox Int'l | B | Dividend | K | T | | | | | |
| 16.  - AMG GW&K (Zero ending balance) | | None | | | Sold | 01/12/16 | M | | |
| 17.  - Stone Ridge High Yield (Zero ending balance) | C | Dividend | | | Sold | 12/12/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 3/16/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Stone Ridge Reinsurance | D | Dividend | M | T | | | | | |
| 19. -Metropolitian West Total Ret Bond | C | Dividend | M | T | Buy (add'l) | 01/12/16 | M | | |
| 20. -Schwab Strategic TR US (Now known as "Schwab US Large Cap") | B | Dividend | L | T | | | | | |
| 21. - Artisan Intl Fund Adv | A | Dividend | K | T | | | | | |
| 22. - William Blair Macro | C | Dividend | M | T | | | | | |
| 23. - Ishares Rullell Midcap | B | Dividend | M | T | Buy | 01/12/16 | L | | |
| 24. - Stoneridge Reinsurance Risk | D | Dividend | M | T | Buy | 12/12/16 | M | | |
| 25. - Undiscovered Mgrs Behavorial Value | C | Dividend | M | T | Buy | 01/12/16 | L | | |
| 26. - Versus Cap Multi Mgr RE Income | C | Dividend | L | T | Buy | 01/12/16 | L | | |
| 27. Schwab #2 - Investment Acct. [CLOSED] (See Note #2 in Part VIII) | | | | | Closed | | | | |
| 28. - Schwab Money Market Fund (Zero ending balance) | | None | | | | | | | |
| 29. - Wisdomtree EMSIF (Zero ending balance) | | None | | | Sold | 01/12/16 | J | | |
| 30. -Maingate MLP FD Cl (Zero ending balance) | | Dividend | | | Buy (add'l) | 01/12/16 | K | | |
| 31. -Thornburg Invt Income Builder (Zero ending balance) | | | | | | | | | |
| 32. - Lazard Global Listed (Zero ending balance) | | | | | | | | | |
| 33. Schwab #3 - IRA | | | | | | | | | |
| 34. - Schwab Money Market | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Russell Emerging Markets | A | Dividend | K | T | | | | | |
| 36. Schwab #4 - CVE Trust Account (See Notes #2 and #4 in Part VIII) | | | | | | | | | |
| 37. - Schwab Money Market Fund | | None | J | T | | | | | |
| 38. - Maingate MLP FD Cl | C | Dividend | L | T | Sold (part) | 05/20/16 | J | | |
| 39. - Thornburg Invt Income Builder | A | Dividend | J | T | Sold (part) | 02/23/16 | J | | |
| 40. | | | | | Sold (part) | 04/13/16 | J | | |
| 41. | | | | | Sold (part) | 09/21/16 | J | | |
| 42. | | | | | Sold (part) | 12/22/16 | J | | |
| 43. - Lazard Global Listed | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 3/16/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE -        New funds added to an investment account are listed under that investment account header/line item.

# 1 --- Trust # 1 - (Part VII, line 2) - The Trust is the named beneficiary of a life insurance policy issued by Northwestern Mutual Life on the life of an individual who is still living. There are no other Trust assets.

# 2 --- Trust # 2 - (Part VII, line 3) - The Trust was created in 2000 to receive, hold and distribute certain assets. It was previously unfunded. On January 19, 2016, Schwab Account #2 (Part VII, lines 27 to 32) was closed and the assets transferred to Schwab Account #4, owned by this Trust and the only asset of this Trust. Therefore, the income and value of this Trust at the end of the reporting period are the same as Schwab Account #4.

# 3 --- Trust # 3 - (Part I, line 8) - This is an unfunded trust.

# 4 --- Schwab Account #4 - (Part VII, lines 36 to 43) - This account was opened on January 20, 2016 as an account of Trust #2 to receive all the assets transferred from Schwab Account #2.

| Name of Person Reporting | Date of Report |
|---|---|
| Eagan, Claire V. | 3/16/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Claire V. Eagan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544